UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JOE LENARD LOYDE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:16-cv-01253-VEH-SGC |
| | ) |
| **WILLIE THOMAS, Warden, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 25, 2017, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). (Doc. 11).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**.  Therefore, in accordance with 28 U.S.C. § 1915A(b), the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.  Additionally,

the plaintiff's state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this 25th day of July, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge